# EXHIBIT I

## Gabriel Hedrick

| | |
|---|---|
| **From:** | Gabriel Hedrick |
| **Sent:** | Friday, January 26, 2018 12:48 PM |
| **To:** | 'davidflyer@flyerandflyer.com'; Tony Handal; Lauren Kane |
| **Subject:** | RE: A2003 HISC v Franmar Depo Continuances [IWOV-ACTIVE.FID10945805] |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you David.  Just one clarification.  The notice of deposition indicates our old office address.  Our current address is 401 West A Street, Suite 1150, San Diego, CA 92101.  I will leave it to you whether you want to amend the notices.  However, I am fine with an informal confirmation that the above address is the correct address for the depositions.

Thank you.

Gabe

**GreenspoonMarder**

Gabriel Hedrick
Senior Counsel
Intellectual Property
One Columbia Place
401 West A Street, Suite 1150
San Diego, CA 92101
Tel: (619) 544-6400
Gabriel.Hedrick@gmlaw.com
www.gmlaw.com

---

**From:** davidflyer@flyerandflyer.com [mailto:davidflyer@flyerandflyer.com]
**Sent:** Friday, January 26, 2018 10:34 AM
**To:** Gabriel Hedrick; Tony Handal; Lauren Kane
**Subject:** A2003 HISC v Franmar Depo Continuances

Dear Counsel:

Attached please find:

1.  Notice of Continuance of Deposition of Robert DePalma and Request for Production of Documents Pursuant to FRCP Rule 30(b)(2)

2.  Notice of Continuance of Deposition of Roxanne DePalma

Respectfully yours,

David R. Flyer

1

Flyer & Flyer, a Professional Law Corporation
4120 Birch St., Ste. 101
Newport Beach, CA 92660
949-622-8444
949-622-8448 (fax)
DavidFlyer@FlyerandFlyer.com