UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.I.S.C, INC. *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRANMAR INTERNATIONAL IMPORTERS, LTD. *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.:  16-CV-480-BEN(WVG)<br><br>**ORDER FOR ADDITIONAL BRIEFING** |

　　　Pending before the Court is a dispute about four document and deposition subpoenas that Defendants served upon non-party QVC. (See Doc. Nos. 87-88.) The Court requires additional briefing on whether Plaintiffs have standing to challenge the QVC subpoenas—particularly the three deposition subpoenas. Additional briefing shall be limited to two pages on pleading paper (not on letterhead; no exhibits permitted) and shall be filed **no later than 8:30 a.m. on May 3, 2018**.

IT IS SO ORDERED.

DATED: May 2, 2018

　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge