UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.I.S.C., INC. and DEPALMA ENTERPRISES, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANMAR INTERNATIONAL IMPORTERS, LTD. et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  3:16-cv-00480-BEN-WVG<br><br>**ORDER** |
| FRANMAR INTERNATIONAL IMPORTERS, LTD.,<br><br>　　　　　　　　　　　　Counterclaimant,<br><br>v.<br><br>H.I.S.C., INC. and DEPALMA ENTERPRISES, INC.,<br><br>　　　　　　　　　　　　Counterclaim Defendants. | |

　　　The trial in this matter is continued to February 5, 2019 at 9:30 a.m. in Courtroom 5A.  The parties will have five days, including opening and closing arguments and jury instructions.  Any additional requests for continuance of the trial date must be formally filed.

**IT IS SO ORDERED.**

DATED: December 11, 2018

Hon. Roger T. Benitez
United States District Court