1

# UNITED STATES DISTRICT COURT

2

## SOUTHERN DISTRICT OF CALIFORNIA

3

4

H.I.S.C., INC., ET AL.,

5

**CASE NO:16CV0480-BEN(WVG)**

Plaintiff

6

**PLAINTIFF EXHIBIT LIST**

7

8

v.

9



10

FRANMAR INTERNATIONAL

11

IMPORTERS, LTD., ET AL,

12

Defendant.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1. | | | Ultimate Garden Broom label (HISC001322) |
| 2. | 2-6-19 | 2-6-19 | Image of Original Garden Broom label (HISC001245) |
| 3. | 2-5-19 | 2-5-19 | July 25, 2015 letter from Maria Rajanayagam to Roxanne DePalma (Ex. A to Complaint; HISC000005) |
| 4. | | | July 28, 2015 letter from Howard M. Gitten to Maria Rajanayagam (Ex. B to Complaint; HISC000006-7) |
| 5. | | | Aug. 7, 2015 letter from Sean Dwyer to Howard Gitten (HISC000010-11; QVC0042-44) |
| 6. | 2-5-19 | 2-6-19 | Aug. 21, 2015 letter from Grant Nigolian to Sean Dwyer (Ex. A to Franmar Counterclaims; HISC000035-45) |
| 7. | 2-5-19 | | September 1, 2015 letter from Grant Nigolian to Howard Gitten (Ex. G to Complaint; HISC000057-64) |
| 8. | | | Sept. 1, 2015 letter from Howard Gitten to Sean Dwyer (HISC000046-56) |
| 9. | | | September 9, 2015 letter from Howard Gitten to Grant Nigolian (Ex. H to Complaint; HISC000072-80) |
| 10. | | | September 11, 2015 letter from Grant Nigolian to Howard Gitten (Ex. I to Complaint; HISC000081-84) |
| 11. | 2-7-19 | 2-7-19 | December 4, 2015 letter from Grant Nigolian to Ira Rosen (Ex. J to Complaint) |
| 12. | | | February 23, 2016 Complaint filed by Plaintiffs in this case (ECF No. 1) |
| 13. | | | October 1, 2010 Vancouver Sun article (Ex. E to Complaint; HISC001225) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 14. | | | Jan. 13, 2015 letter from Peter Choe to Andrew Aguilar (F002352-2353; F003131-3132) |
| 15. | 2-6-19 | 2-6-19 | May 1, 2013 Exclusive Distribution Agreement (F003145-3163) |
| 16. | | | Ravi Sri Lankan 9798 patent application (HISC001325-1329) |
| 17. | | | Ravi Sri Lanka 9798 patent application Abstract (Ex. E to Mar. 30, 2018 Rajanayagam Deposition) |
| 18. | | | Ravi Sri Lankan 9799 patent application (HISC001330-1334) |
| 19. | | | Ravi Sri Lanka 9799 patent application Abstract (Ex. D to Mar. 30, 2018 Rajanayagam Deposition) |
| 20. | | | Ravi Sri Lankan 9983 patent application (HISC001335-1339) |
| 21. | | | Ravi Sri Lanka 9983 patent application Abstract (Ex. H to Mar. 30, 2018 Rajanayagam Deposition) |
| 22. | | | Ravi Sri Lankan 9984 patent application (HISC001340-1344) |
| 23. | | | Ravi Sri Lanka 9984 patent application Abstract (Ex. G to Mar. 30, 2018 Rajanayagam Deposition) |
| 24. | | | Aug. 13, 2014 letter from Assistant Director for Director General of Intellectual Property to Ravi Industries Limited (HISC001345; Ex. F to Apr. 30, 2018 Rajanayagam Deposition) |
| 25. | | | October 13, 1998 Sri Lanka Patent Application No. LK/I/0002/005379 (Ex. F to Complaint; Ex. C to Mar. 30, 2018 Rajanayagam Deposition) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 26. | | | U.S. Patent No. D712,664 (Ex. C to Complaint) |
| 27. | | | http://theoriginalgardenbroom.com/about-us/ (Ex. D to Complaint) |
| 28. | | | May 25, 2016 Franmar Answer and Counterclaims in this case (ECF No. 14) |
| 29. | 2-7-19 | | May 21, 2015 email from Maria Rajanayagam to Jenne Frackelton (QVC0126-127) |
| 30. | | | May 21-June 10, 2015 emails between Maria Rajanayagam, Jenne Frackelton and Dana D'Amore (QVC0151-163) |
| 31. | | | May 21-July 21, 2015 emails between Maria Rajanayagam, Jenne Frackelton and Dana D'Amore (QVC0166-177; F003029-3039) |
| 32. | 2-7-19 | 2-7-19 | May 21, 2015 emails between Jenne Frackleton, Maria Rajanayagam and Dana D'Amore (F003026-3028) (Page 1 only) |
| 33. | 2-7-19 | 2-7-19 | May 26-27, 2015 emails between Maria Rajanayagam and Chad Johnston, "Subject: Re: QVC representation" (produced without Bates numbers by T.O. Epps pursuant to subpoena) |
| 34. | | | May 26-27, 2015 emails between Maria Rajanayagam and Chad Johnston, "Subject: Re: QVC representation" (produced without Bates numbers by T.O. Epps pursuant to subpoena; Ex. 6 to May 31, 2018 Rajanayagam deposition) |
| 35. | | | July 25, 2015 email from Maria Rajanayagam to Jenne Frackelton and Dana D'Amore (QVC0178-179) |
| 36. | | | Aug. 4-10, 2015 emails between Maria Rajanayagam, Jenne Frackelton and Dana D'Amore (QVC0230) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 37. | | | Aug. 11, 2015 emails between Maria Rajanayagam, Jenne Frackelton and Dana D'Amore (QVC0181-182) |
| 38. | | | Aug. 24, 2015 emails between Maria Rajanayagam, Jenne Frackelton and Dana D'Amore (QVC0183, 189-199) |
| 39. | 2-7-19 | 2-7-19 | July 30, 2017 email from Maria Rajanayagam to Barn Door AG (F003111-3114) |
| 40. | | | July 30, 2017 email from Barndoor AG re: email from Maria Rajanayagam to Barndoor AG (HISC001194-1196) |
| 41. | 2-5-19 | 2-7-19 | Oct. 11, 2017 voicemail from Maria Rajanayagam for Petal & Post (not Bates stamped, but produced to counsel for Defendants on Oct. 18, 2017) |
| 42. | 2-7-19 | 2-7-19 | Franmar Sales Spreadsheet (F003047-3067; F003579-3641) |
| 43. | 2-9-19 | | Expert witness report of Dr. Jaqueline Chorn, including Appendices |
| 44. | | | Rebuttal expert witness report of Dr. Jaqueline Chorn, including Appendices |
| 45. | 2-6-19 | 2-6-19 | Plaintiffs Detail of Revenues and Expenses (HISC001362-1364) |
| 46. | | | Ultimate Innovations website product list (HISC001265-1273) |
| 47. | | | Ultimate Garden Broom offers for sale (HISC001276-1300, 1302-1309) |
| 48. | | | Ultimate Garden Broom award photos (HISC001258-1261) |
| 49. | 2-6-19 | 2-6-19 | Ultimate Garden Broom ads (HISC001227, 1242, 1249, 1301) |
| 50. | | | The Gardener's Eden article (HISC001240) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 51. | | | Jan. 27, 2012 email from Roxanne DePalma to Maria Rajanaygam (HISC000093; F000996) |
| 52. | | | Jan. 31-Feb. 4, 2012 emails between Roxanne DePalma and Maria Rajanayagam (F000972-977) |
| 53. | | | Mar. 1, 2012 email chain between Roxanne DePalma and Maria Rajanayagam (F001127-1129; HISC000153-154) |
| 54. | | | Mar. 2, 2012 Commercial Invoice and Cert. of Origin from Locher Evers International to HISC (F001104-1105) |
| 55. | | | Mar. 13-14, 2012 emails between Roxanne DePalma, Maria Rajanayagam and Julie Snell (F001173-1178) |
| 56. | | | WITHDRAWN |
| 57. | 2-5-19 | 2-5-19 | June 29-July 17, 2012 emails between Maria Rajanayagam and Plaintiffs (HISC000263-277) |
| 58. | 2-5-19 | 2-5-19 | July 23, 2012 emails between Maria Rajanayagam and Plaintiffs (HISC000304-306) |
| 59. | 2-5-19 | 2-5-19 | Nov. 15, 2012 emails between Roxanne DePalma and Maria Rajanayagam (F001484) |
| 60. | | | Dec. 8, 2012 email from Maria Rajanayagam to Roxanne DePalma (HISC000485-486; F001941-1942) |
| 61. | 2-7-19 | 2-7-19 | Feb. 18, 2013 invoice from QVC to DePalma Enterprises (F000567) |
| 62. | 2-5-19 | 2-5-19 | Feb. 26-28, 2013 email chain between Roxanne DePalma and Maria Rajanayagam (HISC000580-582; F000362-365) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 63. | 2-5-19 | 2-5-19 | Feb. 26-28, 2013 emails between Roxanne DePalma and Maria Rajanayagam (F000295-296) |
| 64. | | | Mar. 13, 2013 DePalma Enterprises Customs documents (F000276-277) |
| 65. | 2-5-19 | 2-5-19 | Apr. 28-29, 2013 between Roxanne DePalma and Maria Rajanayagam (F000366-367) |
| 66. | 2-5-19 | 2-5-19 | Oct. 3, 2013 email from Maria Rajanayagam to Roxanne DePalma (HISC000684) |
| 67. | 2-5-19 | 2-5-19 | Oct. 7, 2013 email from Maria Rajanayagam to Roxanne DePalma (HISC000686) |
| 68. | 2-5-19 | 2-5-19 | Oct. 8, 2013 email from Maria Rajanayagam to Roxanne DePalma and Bob DePalma (F000577) |
| 69. | 2-5-19 | 2-5-19 | Nov. 11, 2013 Intertek Inspection Report (HISC000700-712) |
| 70. | 2-5-19 | 2-5-19 | Nov. 19-20, 2013 emails between Maria Rajanayagam and Roxanne DePalma (HISC000696) |
| 71. | | | Dec. 31, 2013-Jan. 8, 2014 emails between Maria Rajanayagam, Roxanne DePalma, Bob DePalma, Julie Snell and Stephanie Barendrick (F000657-664) |
| 72. | 2-5-19 | 2-5-19 | June 7, 2014 letter from Maria Rajanayagam (F001574-1575) |
| 73. | | | Jan. 17-18, 2014 emails between Roxanne DePalma, Maria Rajanayagam, Bob DePalma and Julie Snell (F001550-1559) |
| 74. | | | Jan. 31-Mar. 3, 2014 emails between Maria Rajanayagam, Roxanne DePalma and Julie Snell (F000745-751) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 75. | 2-5-19 | 2-5-19 | Feb. 10-17, 2014 emails between Roxanne DePalma, Maria Rajanayagam and Stephanie Barendrick (F000768-775; HISC000782-786) |
| 76. | 2-5-19 | 2-5-19 | Feb. 24, 2014 emails between Maria Rajanayagam and Roxanne DePalma (HISC000794) |
| 77. | 2-5-19 | 2-5-19 | Mar. 1, 2014 email from Roxanne DePalma to Maria Rajanayagam (F000744) |
| 78. | | | Aug. 18-28, 2014 emails between Maria Rajanayagam and Roxanne DePalma (HISC001001-1002; F001616-1618) |
| 79. | | | Nov. 5, 2014 emails between Roxanne DePalma and Maria Rajanayagam (HISC001032) |
| 80. | | | Dec. 10-11, 2014 emails between Roxanne DePalma and Maria Rajanayagam (HISC001056-1059) |
| 81. | 2-5-19 | 2-5-19 | Feb. 21-Mar. 1, 2015 emails between Roxanne DePalma and Maria Rajanayagam (HISC001101-1103) |
| 82. | 2-5-19 | | Mar. 20-28, 2015 emails between Roxanne DePalma and Maria Rajanayagam (HISC001112-1115) |
| 83. | | | Apr. 7-23, 2015 emails between Roxanne DePalma and Maria Rajanayagam (HISC001130-1133) |
| 84. | | | WITHDRAWN |
| 85. | | | Apr. 15-23, 2015 emails between Roxanne DePalma and Maria Rajanayagam (HISC001153-1155) |
| 86. | 2-5-19 | 2-5-19 | May 15-18, 2015 emails between Julie Snell, Roxanne DePalma and Maria Rajanayagam (HISC001169-1170) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 87. | | | July 15, 2015 emails between Julie Snell and Maria Rajanayagam (HISC001176) |
| 88. | | | Purchase Orders from DePalma Enterprises to Franmar (HISC000961-963, 1023,1197-1224, F000100, 270, 303, 393, 448-449, 459-462, 471, 493-495, 578-579, 854, 1123, 1539, 1546, 1548, 1583, 1590, 1631-1633, 1680-1681, 1698, 1890, 3072-3092) |
| 89. | | | Invoices from Franmar to HISC and/or DePalma Enterprises (HISC001180, F000707, 752, 1189, 1718, 1722, 1743, 1792, 1796, 1820, 1842, 1899) |
| 90. | | | Wire Transfer documents from DePalma Enterprises to Franmar (HISC001181, F000025, 269, 391, 446, 515, 573, 686, 730, 765, 785, 811, 821, 1568, 1598, 1821, 1826-1827, 1879, 1907, 1909) |
| 91. | | | Aug. 6-7, 2015 emails between plaintiffs and QVC (HISC1177-1179) |
| 92. | | | Aug. 6-11, 2015 emails produced by QVC (QVC0051-56, 60-72) |
| 93. | | | Aug. 2015 email chain between QVC, plaintiffs and Howard Gitten (HISC000019-22) |
| 94. | | | Aug. 2015 email chain between QVC, plaintiffs and Howard Gitten (HISC000023-31) |
| 95. | | | Aug./Sept. 2015 email chain between Sean Dwyer and Howard Gitten (HISC000065-71; QVC0045-50) |
| 96. | | | Sept. 18, 2015 email from Roxanne DePalma to Sean Dwyer (HISC000085-86) |
| 97. | 2-5-19 | 2-5-19 | U.S. Trademark for "Ultimate Garden Broom" |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 98. | | | September 2, 2015 Office Action re: application for "Ultimate Garden Broom" trademark |
| 99. | | | Video of Ultimate Innovations' QVC presentation (https://www.youtube.com/watch?v=3Lq7ZBbKKv0) |
| 100. | | | Video of Ultimate Innovations QVC presentation (https://www.youtube.com/watch?v=iqfhD6M1xqw) |
| 101. | | | QVC purchase orders (QVC0073-124) |
| 102. | | | Invoices, customs and receipt summary documents produced by third party QVC (QVC0001-41) |
| 103. | | | QVC Vendor Portal Reports (HISC001347-1358) |
| 104. *104A* | *2/6/19* | *2/6/19* | Images of Better!Broom product and labels (HISC001236-1239) |
| 105. | | | Video of Better!Broom product (https://www.youtube.com/watch?v=biDXNwznx3g) |
| 106. | | | 2008 photos of ekel broom (HISC001324, 1346) |
| 107. | | | Master Garden Products Bamboo Coconut Stick Yard Broom offers for sale (HISC001228-1235, 1263, 1264) |
| 108. *108A* | *2/6/19* | *2/6/19* | "Garden Broom" offers for sale on Alibaba.com (HISC001243-1244, 1274, 1310) |
| 109. | | | Image from website of Betterbroom.com (Ex. U to Mar. 30, 2018 Rajanayagam Deposition) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 110. | 2-7-19 | 2-7-19 | Image from website of Mastergardenproducts.com (Ex. V to Mar. 30, 2018 Rajanayagam Deposition) |
| 110A | 2-7-19 | 2-7-19 | |
| 111. | | | Image from website of Alibaba.com (Ex. X to Mar. 30, 2018 Rajanayagam Deposition) |
| 112. | | | Nov. 3, 2009-Jan. 20, 2010 emails between Maria Rajanayagam and Nayana Ranatunga (F002230-2250) |
| 113. | | | Nov. 3-Dec. 11, 2009 emails between Maria Rajanayagam, Anuruddha Dias, and Nayana Ranatunga (F002258-2278) |
| 114. | | | Jan. 20-Mar. 4, 2010 emails between Maria Rajanayagam and Nayana Ranatunga (F002251-2257) |
| 115. | | | July 20-Aug. 4, 2010 emails between Maria Rajanayagam and Nayana Ranatunga (F002207-2221) |
| 116. | | | Garden Broom Label Design (F002205-2206) |
| 117. | | | Garden Broom label (F002428-2429) |
| 118. | | | Photographs of The Witch's Broom (F002432-2434) |
| 119. | | | Aug. 22-23, 2010 emails between Maria Rajanayagam and Nayana Ranatunga (F002189-2192) |
| 120. | | | Sept. 24-25, 2010 emails between Maria Rajanayagam and Nayana Ranatunga (F002144-2146) |
| 121. | | | Oct. 7, 2010 emails between Maria Rajanayagam and Nayana Ranatunga (F002105-2107) |
| 122. | | | Feb. 8, 2011 emails between Maria Rajanayagam and Nayana Ranatunga (F002407-2411) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 123. | | | Feb. 8, 2011 emails between Maria Rajanayagam and Nayana Ranatunga (F002412-2413) |
| 124. | | | Mar. 9, 2011 emails between Maria Rajanayagam and Nayana Ranatunga (F002399-2402) |
| 125. | | | Mar. 31, 2011 emails between Maria Rajanayagam and Nayana Ranatunga (F002493-2496) |
| 126. | | | May 26, 2011 emails between Maria Rajanayagam and Vajira Caldera (F002438-2447) |
| 127. | | | May 26, 2011 email from Maria Rajanayagam to Vajira Caldera (F002448-2450) |
| 128. | | | Franmar International Importers Financial Statements, May 31, 2011 (F003567-3572) |
| 129. | | | Aug. 2-13, 2011 emails between Maria Rajanayagam and Vajira Caldera (F002552-2558) |
| 130. | | | Oct.7-12, 2011 emails between Maria Rajanayagam, Anna Pokora, and Vajira Caldera (F002534-2541) |
| 131. | | | Oct. 12, 2011 emails between Maria Rajanayagam and Nayana Ranatunga (F002524-2527) |
| 132. | | | Oct. 18, 2011 emails between Maria Rajanayagam and Nayana Ranatunga (F003559-3560) |
| 133. | | | Oct. 19, 2011 emails between Varjira Caldera, Maria Rajanayagam and representatives of Ravi (F002518-2521) |
| 134. | | | Oct. 19, 2011 email from Vajira Caldera to Maria Rajanayagam (F002522-2523) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 135. | | | Nov. 8, 2011 emails between Maria Rajanayagam and Vajira Caldera (F002603-2606) |
| 136. | | | Nov. 17, 2011 emails between Maria Rajanayagam and Vajira Caldera (F002598-2602) |
| 137. | | | Dec. 29, 2011 The Original Garden Broom Marketing Plan 2012 (F002147-2175) |
| 138. | | | Feb. 2-3, 2012 emails between Maria Rajanayagam and Vajira Caldera (F002704-2706) |
| 139. | | | Mar. 3, 2012 emails between Robert DePalma and Maria Rajanayagam (F001181-1183) |
| 140. | | | Franmar International Importers Financial Statements, May 31, 2012 (F003573-3578) |
| 141. | | | May 3, 2012 faxes re: "Manifest Journals" (F002765-2767) |
| 142. | | | Page from website of Footluze.com (Ex. T to Mar. 30, 2018 Rajanayagam Deposition) |
| 143. | 2-7-19 | 2-7-19 | May 6, 2012 email from Maria Rajanayagam to representatives of Ravi (F002768-2771) |
| 144. | | | June 14, 2012 letter from J R Corera to Hilary Arawwalwala and email to Maria Rajanayagam re: same (F002741-2742; F003130) |
| 145. | | | Letter from Anuruddha Dias to Jason Hamburger (F002737) |
| 146. | | | June 25, 2012 email from Maria Rajanayagam to Vajira Caldera and Anuruddha Dias (F002738-2739) |
| 147. | | | Mar. 10, 2013 emails from Maria Rajanayagam to Vajira Caldera (F002952-2953) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 148. | | | Aug. 12, 2013 emails between Maria Rajanayagam and Vajira Caldera (F002905-2912) |
| 149. | | | Images of Mark's Choice All Weather Garden Broom labels (HISC001247-1248) |
| 150. | | | Dec. 10, 2013 letter from Julius & Creasy to Home Hardware Stores (F003124-3125) |
| 151. | | | Dec. 10, 2013 letter from Julius & Creasy to Abrahams Holdings Inc. (F003126-3127) |
| 152. | | | Dec. 10, 2013 letter from Julius & Creasy to Hilary Arawwala (F003128-3129) |
| 153. | | | Jan. 22, 2014 Letter from Andrew Aguilar to Home Hardware (F002345-2347) |
| 154. | | | Jan. 28, 2014 letter from Peter Choe to Andrew Aguilar (F002348) |
| 155. | | | Aug. 1, 2012 emails between Maria Rajanayagam, Anuruddha Dias and Imalka Ganewatta re: Exclusive Distribution Agreement (F002710-2713) |
| 156. | | | Apr.-May 2011 communications between Maria Rajanayagam, Dyna Lou, and representatives of Ravi re: Exclusive Distribution Agreement (F003369-3558) |
| 157. | | | Undated email between Maria Rajanayagam and representatives of Ravi re: patent and Footluze (F002516-2517) |
| 158. | | | Plaintiffs' Proposed Amended Answer and Counterclaims |
| 159. | 2-7-19 | 2-7-19 | Franmar's Verified Response to Plaintiffs' First Set of Interrogatories |
| 160. | | | Franmar's Verified Supplemental Response to Plaintiffs' First Set of Interrogatories |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 161. | | | Aug. 12-14, 2012 emails between Maria Rajanayagam and Alice Strong (Strong Response 000003-6) |
| 162. | | | Nov. 18, 2012 emails between Maria Rajanayagam, Vajira Caldera, and Anuruddha Dias (F002798-2800) |
| 163. | | | Dec. 17, 2012 emails between Vajira Caldera and Maria Rajanayagam (F002778-2782) |
| 164. | | | Jan. 28, 2013 email from Maria Rajanayagam to Vajira Caldera and attachment (F002962-2964) |
| 165. | | | May 26-27, 2015 emails between Maria Rajanayagam and Chad Johnston (F003016-3021) |
| 166. | | | July 22, 2015 emails between Maria Rajanayagam and Chad Johnston (F003010-3012) |
| 167. | | | Aug. 3, 2015 emails between Maria Rajanayagam and Chad Johnston, "Subject: Re: Update" (produced without Bates numbers by T.O. Epps pursuant to subpoena; Ex. 7 to May 31, 2018 Rajanayagam deposition) |
| 168. | | | Aug. 7, 2015 letter from Sean Dwyer to Maria Rajanayagam (QVC0125) |
| 169. | | | Aug. 9-Sept. 1, 2015 emails between Maria Rajanayagam and Alice Strong (F003118-3123) |
| 170. | 2-7-19 | 2-7-19 | Aug. 10, 2015 emails produced by QVC (QVC0057-59) |
| 171. | | | Aug. 10-11, 2015 emails between Chad Johnston and Jenne Frackelton, "Subject: Re: Next steps" (produced without Bates numbers by T.O. Epps pursuant to subpoena; Ex. 5 to May 31, 2018 Rajanayagam deposition) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-  VG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 172. | | | Aug. 11, 2015 emails between Maria Rajanayagam, Sean Dwyer and Chad Johnston, "Subject: Re: The Ravi brand of products" (produced without Bates numbers by T.O. Epps pursuant to subpoena) |
| 173. | | | WITHDRAWN |
| 174. | | | Sept. 15, 2015-Feb. 29, 2016 emails between Maria Rajanayagam and Alice Strong (F003115-3117) |
| 175. | | | Jan. 2016 letter from Northwest Flower & Garden Show to Maria Rajanayagam and Alice Strong (F002359-2360) |
| 176. | | | Mar. 8-June 30, 2016 emails between Maria Rajanayagam and Silke Bechtel, "Subject: Re: QVC International – Garden Broom 2016 & 2017" (produced without Bates numbers by T.O. Epps pursuant to subpoena) |
| 177. | | | ITHDRA  N |
| 178. | | | Jan. 9-11, 2017 emails between Maria Rajanayagam and Chad Johnston, "Subject: "Original Garden Broom" (produced without Bates numbers by T.O. Epps pursuant to subpoena) |
| 179. | 2-7-19 | | Mar. 25-Apr. 1, 2017 emails between Maria Rajanayagam, Silke Bechtel and Melissa Epps Wilding, "Subject: Re: QVC UK Broom +  hist order?" (produced without Bates numbers by T.O. Epps pursuant to subpoena) |
| 180. | 2-7-19 | | Apr. 9-17, 2017 emails between Maria Rajanayagam and Silke Bechtel, "Subject: QVC UK PO ~ follow up" (produced without Bates numbers by T.O. Epps pursuant to subpoena) |
| 181. | | | Purchase Orders from DePalma Enterprises to SP Matpol (PVT) Ltd. and FibreDust LLC (SA00002, 4, 122, 259) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 182. | | | SA Matpol Invoice (SA000396) |
| 183. | | | FibreDust LLC Invoices (SA000484-529) |
| 184. | | | June 12, 2015 email from Vijitha Rathnayake to Fiber Dust (SA000393-394) |
| 185. | | | Jan. 2, 2016 email from Vijitha Rathnayake to FibreDust (SA000075) |
| 186. | | | Jan. 6, 2016 email from Vijitha Rathnayake to FibreDust (SA000074) |
| 187. | | | Jan. 13, 2016 email from Vijitha Rathnayake to FibreDust (SA000068) |
| 188. | | | Jan. 25-Feb. 7, 2016 email from Vijitha Rathnayake to FibreDust (SA000062-63) |
| 189. | | | February 15-22, 2016 emails between Vijitha Rathnayake, FibreDust, Hilary Arawwawala, and Roxanne DePalma (SA000051-57) |
| 190. | | | Mar. 29, 2016 Brooms Shipment Details spreadsheet (SA000395) |
| 191. | | | November 10, 2015 email and attachment from Julie Snell to Bhavan and Sam Ahilan (SA00001-2; Exhibit 74 to Ahilan Deposition) |
| 192. | | | Spreadsheet (Exhibit 116 to Ahilan Deposition) |
| 193. | | | QVC Spreadsheet of Receipts (Exhibit 146 to Deloia Deposition) |
| 194. | | | QVC Purchase Order (Exhibit 140 to Frackelton Deposition) |
| 195. | | | August 10, 2015 email from Jenne Frackelton to Chad Johnston (Exhibit 143 to Frackelton Deposition) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|--------|-------------|---------------|-------------|
| 196. | | | August 7, 2015 email form Howard Gitten to Jenne Frackelton (Exhibit 144 to Frackelton Deposition) |
| 197. | | | QVC Purchase Order (Exhibit 146 to Frackelton Deposition) |
| 198. | 2-8-19 | 2-8-19 | QVC Purchase Order (Exhibit 147 to Frackelton Deposition) |
| 199. | 2-8-19 | | QVC Purchase Order (Exhibit 149 to Frackelton Deposition) |
| 200. | | | May 21, 2015 email form Jenne Frackelton to Maria Rajanayagam (Exhibit 152 to Frackelton Deposition) |
| 201. | | | May 27, 2015 email from Maria Rajanayagam to Jenne Frackelton (Exhibit 153 to Frackelton Deposition) |
| 202. | | | May 29, 2015 email from Jenne Frackelton to Maria Rajanayagam (Exhibit 154 to Frackelton Deposition) |
| 203. | | | June 10, 2015 email from Maria Rajanayagam to Jenne Frackelton (Exhibit 155 to Frackelton Deposition) |
| 204. | | | May 21, 2015 email from Jenne Frackelton to Maria Rajanayagam (Exhibit 156 to Frackelton Deposition) |
| 205. | | | August 11, 2015 email from Maria Rajanayagam to Jenne Frackelton (Exhibit 158 to Frackelton Deposition) |
| 206. | | | QVC Purchase Order (Exhibit 140 to Yoegel Deposition) |
| 207. | | | QVC Purchase Order (Exhibit 159 to Yoegel Deposition) |
| 208. | | | QVC Purchase Order (Exhibit 148 to Yoegel Deposition) |

**H.I.S.C., Inc., et al. v. Franmar International Importers, Ltd., et al.**
Case No. 3:16-cv-480-BEN-WVG
List of Plaintiffs' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|--------|-------------|---------------|-------------|
| 209. | | | QVC Purchase Order (Exhibit 149 to Yoegel Deposition) |
| 210. | 2/6/19 | | Pages D-7 through D-11 of Appendix D to Dr. Jaqueline Chorn's Expert Witness Report on Secondary Meaning (for Demonstrative Purposes) *Demonstrative* |
| 211. | 2/6/19 | | Table 1 from Dr. Jaqueline Chorn's Expert Witness Report on Secondary Meaning (for Demonstrative Purposes) *Demonstrative* |

216   2-7-19   2-7-19
212   2-7-19   2-7-19
214   2-7-19   2-7-19