# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.I.S.C., INC., ET AL., <br><br> Plaintiff <br><br> v. <br><br> FRANMAR INTERNATIONAL IMPORTERS, LTD., ET AL, <br><br> Defendant. | **CASE NO: 16CV0480-BEN(WVG)** <br><br> **VERDICT FORMS 1-6** |



FILED
FEB 1 2 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

I. **PLAINTIFFS' CAUSES OF ACTION**

**VERDICT FORM 1**

**Intentional Interference With Prospective Economic Relations**

**(DePalma Enterprises, Inc. vs. Both Defendants)**

We answer the questions submitted to us as follows:

    1. Did Plaintiff DePalma Enterprises, Inc. have an economic relationship with any third party retailer, business partner, trade show, customer and/or potential customer, including, without limitation, QVC, Inc., Entertainment On Location, Inc., Petal & Post, Barndoor AG, Costco, and/or others, that probably would have resulted in an economic benefit to the plaintiffs?

    √ Yes        ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 2.

    2. Did Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd. know of the relationship?

    √ Yes        ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 2.

    3. Did Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd. engage in <u>any</u> of the following conduct:

    a. Make a false statement to one or more of DePalma Enterprises, Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' products infringed an alleged patent belonging to one or more of the defendants and/or Ravi Industries Limited?

    √ Yes        ___ No

    b. Make a false statement to one or more of DePalma Enterprises, Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' products infringed alleged trade dress belonging to one or more of the defendants and/or Ravi Industries Limited?

    ___ Yes        √ No

    c. Make a false statement to one or more of DePalma Enterprises, Inc.'s retailers, business partners, trade shows, customers and/or potential customers that one or more of Plaintiffs' product names and/or labels infringed an alleged trademark belonging to one or more of the defendants and/or Ravi Industries Limited?

    ✓ Yes      ___ No

    d. Make a false statement to one or more of DePalma Enterprises, Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs infringed alleged trade dress rights belonging to one or more of the defendants and/or Ravi Industries Limited related to marketing ideas used to sell Plaintiff's products, and failed to use reasonable care to determine the truth or falsity of the statements?

    ___ Yes      ✓ No

    e. Make a false statement to one or more of DePalma Enterprises, Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' sales pitch infringed alleged copyrights belonging to one or more of the defendants and/or Ravi Industries Limited, and failed to use reasonable care to determine the truth or falsity of the statements?

    ✓ Yes      ___ No

and/or

    f. Make a false statement to one or more of DePalma Enterprises, Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' products are a "knockoff" of the defendants' products?

    ___ Yes      ✓ No

If your answers to *any* of questions 3a through 3f is yes, then answer question 4. If you answered no to *all* of questions 3a through 3f, stop here, have the presiding juror sign and date this form and continue to Verdict Form 2.

    4. By engaging in this conduct, did Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd. intend to disrupt the relationship(s) or know that disruption of the relationship(s) was certain or substantially certain to occur?

    ✓ Yes      ___ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 2.

5. Was the relationship disrupted?

√ Yes   ___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 2.

6. Was Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd.'s conduct a substantial factor in causing harm to DePalma Enterprises, Inc.?

___ Yes   √ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 2.

7. What are DePalma Enterprises, Inc.'s damages? $ 0 .

Please have the presiding juror sign and date this form and continue to Verdict Form 2.

Signed: _Danyell Means_
Presiding Juror

Dated: 2/12/19

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

## VERDICT FORM 2

### Intentional Interference With Prospective Economic Relations
### (H.I.S.C., Inc. vs. Both Defendants)

We answer the questions submitted to us as follows:

    1. Did Plaintiff H.I.S.C., Inc. have an economic relationship with any third party retailer, business partner, trade show, customer and/or potential customer, including, without limitation, QVC, Inc., Entertainment On Location, Inc., Petal & Post, Barndoor AG, Costco and/or others, that probably would have resulted in an economic benefit to the plaintiffs?

    √ Yes              ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 3.

    2. Did Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd. know of the relationship?

    √ Yes              ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 3.

    3. Did Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd. engage in *any* of the following conduct:

        a. Make a false statement to one or more of H.I.S.C., Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' products infringed an alleged patent belonging to one or more of the defendants and/or Ravi Industries Limited?

        √ Yes              ___ No

        b. Make a false statement to one or more of H.I.S.C., Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' products infringed alleged trade dress belonging to one or more of the defendants and/or Ravi Industries Limited?

        ___ Yes             √ No

///

///

///

  c. Make a false statement to one or more of H.I.S.C., Inc.'s retailers, business partners, trade shows, customers and/or potential customers that one or more of Plaintiffs' product names and/or labels infringed an alleged trademark belonging to one or more of the defendants and/or Ravi Industries Limited?

  √ Yes     ___ No

  d. Make a false statement to one or more of H.I.S.C., Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs infringed alleged trade dress rights belonging to one or more of the defendants and/or Ravi Industries Limited related to marketing ideas used to sell Plaintiff's products, and failed to use reasonable care to determine the truth or falsity of the statements?

  ___ Yes     √ No

  e. Make a false statement to one or more of H.I.S.C., Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' sales pitch infringed alleged copyrights belonging to one or more of the defendants and/or Ravi Industries Limited, and failed to use reasonable care to determine the truth or falsity of the statements?

  √ Yes     ___ No

and/or

  f. Make a false statement to one or more of H.I.S.C., Inc.'s retailers, business partners, trade shows, customers and/or potential customers that Plaintiffs' products are a "knockoff" of the defendants' products?

  ___ Yes     √ No

If your answers to any of questions 3a through 3f is yes, then answer question 4. If you answered no to *all* of questions 3a through 3f, stop here, have the presiding juror sign and date this form and continue to Verdict Form 3.

  4. By engaging in this conduct, did Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd. intend to disrupt the relationship(s) or know that disruption of the relationship(s) was certain or substantially certain to occur?

  √ Yes     ___ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 3.

///

///

5. Was the relationship disrupted?

✓ Yes          ___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 3.

6. Was Defendants Maria Rajanayagam and/or Franmar International Importers, Ltd.'s conduct a substantial factor in causing harm to H.I.S.C., Inc.?

___ Yes          ✓ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 3.

7. What are H.I.S.C., Inc.'s damages? $ _____0_____.

Please have the presiding juror sign and date this form and continue to Verdict Form 3.

Signed: _____Danyell Means_____
            Presiding Juror

Dated: 2/12/19

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

# VERDICT FORM 3

## California Unfair Competition

1. Did the defendants Franmar International Importers, Ltd. and/or Maria Rajanayagam engage in any unlawful, unfair or fraudulent business acts or practices, or engage in any unfair, deceptive, untrue or misleading advertising?

   √ Yes    ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 4.

2. Did the defendants' conduct result in damage to the plaintiffs' reputation, loss of trust from their customers and business partners, and/or a loss of potential business opportunities?

   ___ Yes    √ No

Please have the presiding juror sign and date this form and continue to Verdict Form 4.

Signed: _Danyell Means_
Presiding Juror

Dated: 2/12/19

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

## II. DEFENDANTS' CAUSES OF ACTION

## VERDICT FORM 4

### Federal Trade Dress Infringement/Common Law Unfair Competition

1. Has Franmar International Importers, Ltd. proven that the trade dress has acquired distinctiveness through secondary meaning?

    ✓ Yes         ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 5.

2. Has Franmar International Importers, Ltd. proven that it owns the trade dress?

    ✓ Yes         ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 5.

3. Has Franmar International Importers, Ltd. proven that its trade dress is non-functional?

    ✓ Yes         ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 5.

4. Has Franmar International Importers, Ltd. proven that Plaintiffs used Franmar's trade dress without Franmar's consent in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the Plaintiffs' goods.  ✓ Yes   ___ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 5.

5. What are Franmar's damages?

    a. Past economic loss       $ 265,977

    b. Future economic loss     $ 0

//
//
//

1  Please have the presiding juror sign and date this form and continue to Verdict Form 5.

2

3  Signed: _____Danyell Means_____

4          Presiding Juror

5  Dated: 2/12/19

6  After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

7

## VERDICT FORM 5

### Federal Unfair Competition

1. Did HISC/DEPALMA use in commerce a false designation of origin, false description of fact, misleading description of fact, false representation of fact, or misleading representation of fact on or in connection with the marketing, advertising, and selling of the Ultimate Garden Broom?

   √ Yes          ___ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 6.

2. Is the use of the false designation of origin or misleading description of fact likely to cause confusion as to the origin of the Ultimate Garden Broom; the affiliation or association of the Ultimate Garden Broom with FRANMAR; or the approval by FRANMAR of HISC/DEPALMA's sale of the Ultimate Garden Broom in markets that were not in fact authorized by FRANMAR?

   √ Yes          ___ No

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, have the presiding juror sign and date this form and continue to Verdict Form 6.

3. Was FRANMAR damaged and likely to be damaged by HISC/DEPALMA's actions?

   ___ Yes          √ No

Please have the presiding juror sign and date this form and continue to Verdict Form 6.

Signed: __Danyell Means__
          Presiding Juror

Dated: 2/12/19

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

# VERDICT FORM 6

## California Unfair Competition

1. In connection with the marketing and sale of the Ultimate Garden Broom, did HISC/DEPALMA engage in any unlawful, unfair or fraudulent business acts or practices, or engage in any unfair, deceptive, untrue or misleading advertising?

   √ Yes        ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and have the presiding juror sign and date this form.

2. Did HISC/DEPALMA'S conduct directly result in sales and profits of The Ultimate Garden Broom that belong properly to Franmar or directly injure the goodwill of The Original Garden Broom?

   ___ Yes        √ No

Please have the presiding juror sign and date this form.

Signed: _Danyell Means_

Presiding Juror

Dated: 2/12/19

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.