FILED

APR 0 8 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.I.S.C., INC. and DEPALMA ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANMAR INTERNATIONAL IMPORTERS, LTD. et al., <br><br> Defendants. <br><br>───────────── <br><br> FRANMAR INTERNATIONAL IMPORTERS, LTD., <br><br> Counterclaimant, <br><br> v. <br><br> H.I.S.C., INC. and DEPALMA ENTERPRISES, INC., <br><br> Counterclaim Defendants. | Case No.: 3:16-cv-00480-BEN-WVG <br><br> **ORDER GRANTING DEFENDANT FRANMAR'S MOTION FOR PERMANENT INJUNCTION** <br> **[Doc. 222]** |

On Defendant Franmar International Importers, Ltd.'s motion for injunction, the Court reviewed the moving and opposing papers, and for good cause shown now rules as follows:

1

After a five-day trial, the case was submitted to the jury on February 12, 2019 [Doc. 210]. On the counterclaim of Franmar International Importers, Ltd., (hereafter "Franmar") [Doc. 14] for trade dress infringement, the jury found that Plaintiffs had infringed Franmar's trade dress, comprised of "The Original Garden Broom's ornate weave of the twine, coconut shell mounted on top of the ekel, wide fan shape of the ekel, and smooth broom handle," as depicted in Exhibit "C" [Doc. 222-5] (hereafter, the "Trade Dress"), and awarded damages.

NOW THEREFORE, it is ORDERED that Plaintiffs H.I.S.C., INC. and DEPALMA ENTERPRISES, INC., and their officers, agents, servants, employees, and persons in active concert or participation with it, are permanently enjoined and restrained from:

1. Advertising, soliciting, marketing, selling, offering for sale or otherwise using in the United States the Trade Dress in connection with any garden broom products;

2. Contacting or otherwise engaging any third parties to advertise, solicit, market, sell, offer for sale or otherwise use in the United States the Trade Dress in connection with any garden broom products;

3. Representing themselves in the United States as owners of the Trade Dress.

For the avoidance of doubt, the Trade Dress does not include any whisk broom products and/or any broom products containing color and/or colored components, such as, by way of example, colored twine or binding.

**IT IS SO ORDERED.**

DATED: April 08, 2019

HON. ROGER T. BENITEZ
United States District Judge