FILED
APR 11 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  GGV  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.I.S.C., INC.; DEPALMA ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FRANMAR INTERNATIONAL IMPORTERS, LTD.; MARIA RAJANAYAGAM; and RAVI INDUSTRIES LIMITED, <br><br> Defendants. | Case No.: 3:16-cv-0480-BEN-WVG <br><br> **ORDER APPROVING STIPULATION OF DAMAGES ON CONTEMPT ORDER** <br><br> [ECF No. 295] |

On, January 11, 2022, this Court found Plaintiffs in contempt (ECF No. 294) for violating this Court's permanent injunction that prohibited Plaintiffs from, among other things, "[a]dvertising, soliciting, marketing, selling, offering for sale or otherwise using in the United States [Defendants'] Trade Dress in connection with any garden broom products." Inj., ECF No. 230. The Court, rather than awarding damages at that time, provided the parties an opportunity to meet and confer on damages. On January 21, 2022, the parties notified the Court that they had agreed on damages: Plaintiffs agreed to pay Defendants a lump sum of $21,792.00. ECF No. 295. Plaintiffs agreed to waive the

1

right to appeal this Court's contempt order as well as the order to be entered on damages.

Good cause appearing, the Court accepts the parties' stipulation on proposed damages. Plaintiffs shall pay Defendants a one-time payment of $21,792.00. Payment is due within 21 days of the issuance of this order.

**IT IS SO ORDERED.**

DATED: April 11, 2022

HON. ROGER T. BENITEZ
United States District Judge